UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **2d** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | |
|---|---|---|
| DEBTOR: **Stephanie D. Edmunds** | JOINT DEBTOR: | CASE NO.: **16-20175** |
| Last Four Digits of SS# **xxx-xx-9735** | Last Four Digits of SS# | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1,212.32** for months **1** to **9** ;
B. $ **1,757.46** for months **10** to **10** ;
C. $ **383.71** for months **11** to **60** ; in order to pay the following creditors:

Administrative:  Attorney's Fee  $ **1,500.00**   (Base Legal Fees)
                 MMM            $ **365.00**
                 Motion to Modify $ **525.00**
                 Total Fees:    $ **2,390.00**
                 TOTAL PAID     $ **1,500.00**
                 Balance Due:   $ **890.00** payable $ **1.76** /month (Months **1** to **9** ); then $ **874.13** /month (Months **10** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Fairmont at Regency Lakes Homeowners Asso. Inc.**          Arrearage on Petition Date  $ **0.00**
   Address: **Donald Walters P.A. 7401 Wiles Road, Ste. 202 Coral Springs, FL 33067**   Arrears Payment $ **0.00** /month (Months **0** to **0** )
                                                                                        **90.40**       (Months **1** to **9** )
   Account No: **Account No: I20**                             Regular Payment $ **134.64** /month (Months **10** to **60** )

2. **Ocwen Loan Sevicing Llc**                                  Arrearage on Petition Date  $ **MMM**
   Address: **Attn: Research Dept; 1661 Worthington Rd Ste 100 West Palm Beach, FL 33409**  Arrears Payment $ **0.00** /month (Months **0** to **0** )
                                                                                             **938.69**     (Months **1** to **9** )
   Account No: **xxx3365**                                     MMM Payment $ **374.74** /month (Months **10** to **10** )

3. **Regency Lakes Community Association Inc.**                 Arrearage on Petition Date  $ **0.00**
   Address: **c/o Campbell Property Management; 1215 E Hillsboro Blvd. Deerfield Beach, FL 33441**  Arrears Payment $ **0.00** /month (Months **0** to **0** )
                                                                                                    **118.65**      (Months **1** to **9** )
   Account No: **I20**                                         Regular Payment $ **184.26** /month (Months **10** to **60** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

LF-31 (rev. 01/08/10)

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Regency Lakes Community Asso.**<br>**c/o Campbell Property Management**<br>**1215 E Hillsboro Blvd**<br>**Deerfield Beach, FL 33441** | 4934 Egret Court, Coconut Creek, FL<br>$ 285,000.00 | 0% | $ 0.00 | 1 To 60 | 0.00 |
| **Fairmont at Regency Lakes Homeowners Asso. Inc.**<br>**c/o Donald Walters P.A.**<br>**7401 Wiles Road, Ste. 202**<br>**Coral Springs, FL 33067** | 4934 Egret Court, Coconut Creek, FL<br>$ 285,000.00 | 0% | $ 0.00 | 1 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**   Total Due   $ 1,115.46

Payable   $   11.02 / 19.92 /month   (Months **1** to **9**)
(Months **10** to **60**)   Regular Payment $   n/a

Unsecured Creditors:  Pay $ **10.00** /month (Months **10** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
 **Rejected Contracts and/or Leases**
 -NONE-
 **Assumed Contracts and/or Leases**
 -NONE-

Ocwen Loan Servicing (Acct. No.3365):  The debtor filed a Verified Motion for Referral to MMM with Ocwen Loan Servicing ("Lender"), loan number 3365, for real property located at 4934 Egret Court, Coconut Creek, FL. The parties attended a mediation conference but were not able to reach an agreement.

Debtor shall treat this claim directly and outside of the Chapter 13 plan.  The treatment of the claim is not to be construed as a waiver by Debtor of any legal defenses which she may be entitled to raise in a legal action commenced by creditor against Debtor, including but not limited to, a foreclosure case.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Clare Casas, Esq.**

 **o/b/o Stephanie D. Edmunds**
 **Stephanie D. Edmunds**
 Debtor

Date:  **April 7, 2017**