UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ 3d  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Stephanie D. Edmunds**   JOINT DEBTOR: _____   CASE NO.: **16-20175**
Last Four Digits of SS# **xxx-xx-9735**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **1,212.32** for months **1** to **9**;
B. $ **1,757.46** for months **10** to **10**;
C. $ **383.71** for months **11** to **60**; in order to pay the following creditors:

Administrative:  Attorney's Fee  $ **1,500.00**  (Base Legal Fees)
MMM  $ **365.00**
Motion to Modify $ **525.00**
Total Fees:  $ **2,390.00**
TOTAL PAID  $ **1,500.00**
Balance Due:  $ **890.00** payable $ **1.76** /month (Months **1** to **9**); then $ **874.13** /month (Months **10** to **10**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Fairmont at Regency Lakes Homeowners Asso. Inc.**   Arrearage on Petition Date  $ **0.00**
   Address: **Donald Walters P.A. 7401 Wiles Road, Ste. 202 Coral Springs, FL 33067**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   **90.40** (Months **1** to **9**)
   Account No: **Account No: I20**   Regular Payment $ **134.64** /month (Months **10** to **60**)

2. **Ocwen Loan Sevicing Llc**   Arrearage on Petition Date  $ **MMM**
   Address: **Attn: Research Dept; 1661 Worthington Rd Ste 100 West Palm Beach, FL 33409**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   **938.69** (Months **1** to **9**)
   Account No: **xxx3365**   MMM Payment $ **374.74** /month (Months **10** to **10**)

3. **Regency Lakes Community Association Inc.**   Arrearage on Petition Date  $ **0.00**
   Address: **c/o Campbell Property Management; 1215 E Hillsboro Blvd. Deerfield Beach, FL 33441**   Arrears Payment $ **0.00** /month (Months **0** to **0**)
   **118.65** (Months **1** to **9**)
   Account No: **I20**   Regular Payment $ **184.26** /month (Months **10** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Regency Lakes Community Asso.**<br>**c/o Campbell Property Management**<br>**1215 E Hillsboro Blvd**<br>**Deerfield Beach, FL 33441** | 4934 Egret Court, Coconut Creek, FL<br>$ 285,000.00 | 0% | $ 0.00 | 1 To 60 | 0.00 |
| **Fairmont at Regency Lakes Homeowners Asso. Inc.**<br>**c/o Donald Walters P.A.**<br>**7401 Wiles Road, Ste. 202**<br>**Coral Springs, FL 33067** | 4934 Egret Court, Coconut Creek, FL<br>$ 285,000.00 | 0% | $ 0.00 | 1 To 60 | 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**    Total Due    $    1,115.46

Payable    $    11.02    (Months **1** to **9**)
                19.92 /month    (Months **10** to **60**)    Regular Payment $    n/a

Unsecured Creditors: Pay $ **10.00** /month (Months **10** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

Ocwen Loan Servicing (Acct. No.3365): The debtor filed a Verified Motion for Referral to MMM with Ocwen Loan Servicing ("Lender"), loan number 3365, for real property located at 4934 Egret Court, Coconut Creek, FL. The parties attended a mediation conference but were not able to reach an agreement.

Consequently, Debtor shall surrender the real property located at 4934 Egret Court, Coconut Creek, FL, to Lender.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Clare Casas, Esq.**

**o/b/o Stephanie D. Edmunds**
**Stephanie D. Edmunds**
Debtor

Date:    **May 8, 2017**