

**ORDERED in the Southern District of Florida on October 4, 2017.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:                                                                           CASE NO.: 16-20175-JKO
                                                                                                    CHAPTER 13

Stephanie D. Edmunds
aka Stephanie Denise Edmunds,

    Debtor.

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY
## OF ACTION AGAINST CO-DEBTOR

THIS CASE came on for hearing on September 26, 2017, on HSBC Bank USA, N.A., as Trustee for the registered holders of First NLC Trust 2007-1 Mortgage-Backed Certificates, Series 2007-1's ("Secured Creditor") Motion for Relief from the Automatic Stay of Action Against Co-Debtor (Docket No. 83). The Court heard argument of the Parties and has

based its decision on the record.  Accordingly, it is:

    **ORDERED**:

1. Secured Creditor's Motion for Relief from Automatic Stay of Action Against Co-Debtor is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §§ 362, 1201 and 1301, is terminated as to the Secured Creditor's interest in the following property located at **4934 Egret Court, Coconut Creek, FL 33073** in Broward County, Florida, and legally described as:

**DESCRIPTION POD (I, LOT 20)**

**A PORTION OF PARCEL "A", REGENCY LAKES AT COCONUT CREEK" ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 157 PAGE 23 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:**

**COMMENCING AT THE EASTERMOST SOUTHEAST CORNER OF PARCEL "A", "REGENCY LAKES AT COCOUNT CREEK" AS RECORDED IN PLAT BOOK 157, PAGE 23 OF THE PUBLIC RECORDS OF BROWARD COUNTY FLORIDA, SAID POINT ALSO BEING IN THE NORTWEST CORNER OF TRACT 102, BLOCK 85, "PALM BEACH FARMS COMPANY PLAT NO. 3" AS SHOWN ON SAID "REGENCY LAKES AT COCONUT CREEK" THENCE S 89° 36' 21" W. ALONG A BOUNDARY LINE OF SAID PARCEL "A", A DISTANCE OF 261.68 FEET TO THE POINT OF BEGINNING; THENCE S 89° 36' 21" W. CONTINUING ALONG SAID BOUNDARY LINE, A DISTANCE OF 40.08 FEET; THENCE N 00° 23' 39" W, A DISTANCE OF 125.00 FEET; THENCE N 89° 36' 21" E, A DISTANCE OF 40.08 FEET; THENCE S 00° 23' 39" E, A DISTANCE OF 125.00 FEET TO THE POINT OF BEGINNING.**

Submitted by:
APRIL G. HARRIOTT, ESQ.
Robertson, Anschutz & Schneid, PL
*Attorney for Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487

APRIL G. HARRIOTT, ESQ. is directed to serve copies of this order on the parties listed and file a certificate of service.

CLARE A. CASAS, ESQ.
7450 GRIFFIN RD #170
DAVIE, FL 33314

STEPHANIE D. EDMUNDS
AKA STEPHANIE DENISE EDMUNDS
4934 EGRET COURT
COCONUT CREEK, FL 33073

LINCOLN E. EDMUNDS
4934 EGRET COURT
COCONUT CREEK, FL 33073

ROBIN R WEINER
POB 559007
FORT LAUDERDALE, FL 33355

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL  33130