**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**FORT LAUDERDALE DIVISION**

**CASE NO.: 16-20175-BKC-PGH**

PROCEEDING UNDER CHAPTER 13

IN RE:

STEPHANIE D. EDMUNDS

XXX-XX-9735

DEBTOR_____/

### NOTICE OF DELINQUENCY

    **PLEASE TAKE NOTICE** the above-referenced Debtor is **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $1840.10.**

    The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**.

    If the Chapter 13 Trustee ("Trustee") does not receive all payments by **July 26, 2020** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

    As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 11th day of June 2020.

*/s/ Robin R. Weiner*_____

ROBIN R. WEINER, ESQUIRE

STANDING CHAPTER 13 TRUSTEE

P.O. BOX 559007

FORT LAUDERDALE, FL 33355-9007

TELEPHONE: 954-382-2001

FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.:  16-20175-BKC-PGH

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
STEPHANIE D. EDMUNDS
4934 EGRET COURT
COCONUT CREEK, FL  33073

**ATTORNEY FOR DEBTOR**
CLARE A. CASAS, ESQUIRE
7450 GRIFFIN ROAD, SUITE 260
DAVIE, FL  33314