UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 16-20175-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

STEPHANIE D. EDMUNDS
XXX-XX-9735

DEBTOR_____/

### REPORT OF NON COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on June 11, 2020, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor has not become current.

3. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 4th day of August, 2020.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Non Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 4th day of August, 2020.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF NON COMPLIANCE
CASE NO.: 16-20175-BKC-PGH

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
STEPHANIE D. EDMUNDS
4934 EGRET COURT
COCONUT CREEK, FL  33073

**ATTORNEY FOR DEBTOR**
CLARE A. CASAS, ESQUIRE
7450 GRIFFIN ROAD, SUITE 260
DAVIE, FL  33314